UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Edward Hardin # B38485
2600 Brinton Ave N
Dixon, IL 61021

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

I.D.O.C Director John Baldwin
Warden John Vargas
Dixon Correctional Center
Correctional Officer Searchy

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 17-50370
(To be supplied by the Clerk of this Court)

RECEIVED
DEC 11 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Edward Hardin #B38485

   B. List all aliases: _____

   C. Prisoner identification number: B38485

   D. Place of present confinement: Dixon Correctional Center

   E. Address: 2600 Brinton Ave N, Dixon, IL 61021

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: ILLINOIS DEPARTMENT OF CORRECTION

   Title: Acting director Baldwin

   Place of Employment: 1301 Concordia Springfield IL 62794

   B. Defendant: Dixon Correctional Center

   Title: Correctional Center

   Place of Employment: 2600 Brinton Ave N Dixon, IL 61021

   C. Defendant: Correctional officer Searchy

   Title: Correctional officer

   Place of Employment: 2600 Brinton Ave N, Dixon, IL 61021

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X) NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X) NO ( )

C. If your answer is **YES**:

1. What steps did you take?
   file grievance with counslor Wildman response to Warden Vargas of Dixon C.C. Mail grievance to Administrative review board, Springfield IL

2. What was the result? denied

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   Denied NO, APPEAL

D. If your answer is **NO**, explain why not:

   grievance procedure had no appeal process

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is **YES**:

1. What steps did you take?
   I followed the grievance procedure directions thats issued by the institution.

2. What was the result?
   Administrative review board response; dated 10-10-2017 not submitted in the timeframe outlined in department rule 504. "Therefore, this issue will not be addressed further."

H. If your answer is **NO**, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _NONE_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _NONE_

D. List all defendants: _NONE_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NONE_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _NONE_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① On Feb 21st 2017 10 P.M. while returning from medical writ, I was thrown to sidewalk, by leg restraints catching in pot-hole, and falling head first on concrete sidewalk. Being unable to right myself, and stand up, because of black box handcuffs and leg chains. Correctional officer Searchy attempted to help by pulling on my right upper arm, causing extreme shoulder pain. On his second attempt he successfully got me standing, and we finished the walk into the gatehouse at Dixon C.C. After entering the shakedown room, it was discovered that the left ankle was severly cut by leg irons.

Involvement: C/O Search and Dixon C.C. are responsible for my rotator cuff injury and leg wound because of unsafe conditions. For inmates under restraint such as the leg restraints and black box cuff, should not be required to walk on broken sidewalk. Assisting fallen inmates while restrained should be a proven saftey method for escort officer to follow. Dixon C.C. and Illinois Dept of Corrections should maintain safe walking surface for inmates while restrained.

Medical

(2) My bleeding ankle wasn't attended by a licensed physician, who could determine the best course of action, but instead by a nurse, who only cleaned and bandage the wound. There was no attention given to my headwound or shoulder injury the night of the incident, other than to note injury on medical forms.

(3) Pain & suffering: I endured while waiting from Feb 21 2017, date of incident, to May 12, 2017 before being referred to physical therpist for treatment and prognosis for Right shoulder rotator cuff. A total of 3 months before any medical attention was given to above injury.

VI. Relief: $200,000 ~~for pain & suffering~~ and

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To compensate me for my injurys, pain and suffering. Allow me to travel without the black box cuff device. Provide safe walking conditions for inmates while cuffed and shackled.

This is not an isolated incident, people are getting injured because of these security measures.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6th day of Dec, 20 2017

_Edward Hardin_
(Signature of plaintiff or plaintiffs)

Edward Hardin
(Print name)

B38485
(I.D. Number)

2600 Brinton Ave N
Dixon, IL 61021
(Address)

8

IN THE

__United States District Court__

__Northern District of Illinois Western Division__

Edward Hardin
Plaintiff/Petitioner            )
                                )
                                )
        Vs.                     )       No. _____
Dixon C. C.                     )
Illinois Dept. of Correction    )
Defendant/Respondent            )

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of United States
District Court 321 S. Court Street
Rockford IL 61101

TO: IDOC Concord Ave. 1301 Springfield IL
Dixon C.C. 2600 N. Brinton Ave Dixon IL
Officer Searchy 2600 N. Brinton Ave
Dixon IL 61021 Dixon C.C.

PLEASE TAKE NOTICE that on __DEC 6__, 20__17__, I placed the attached or enclosed documents in the institutional mail at __Dixon__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: __DEC 6, 2017__

/s/ __Edward Hardin__
NAME: __Edward HARDIN__
I.D.O.C.#: __B38485__
__Dixon__ Correctional Center
P.O. Box: __1200__
__Dixon__, IL __61021__

Subscribed and sworn to before me this __6th__ day of __Dec.__, 20__17__.

__Sally A. Joos__
Notary Public

**OFFICIAL SEAL**
**SALLY A. JOOS**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Jul 12, 2020